IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

MELVIN D. GILLEN,

                   Plaintiff,

v.

KOHN LAW FIRM S.C., JONATHAN CATTEY and
ROBERT E. POTRZEBOWSKI JR.,

                   Defendants.

ORDER

13-cv-373-wmc

_____

This is a civil action filed by plaintiff Melvin Gillen, who is proceeding pro se. Plaintiff has paid the $400 fee for filing this case.

The next step is for plaintiff to serve his complaint on the defendants. Under Fed. R. Civ. P. 4(m), a plaintiff has 120 days after filing a complaint in which to serve the defendants. However, that is an outside limit with few exceptions. This court requires that plaintiffs in civil lawsuits, even plaintiffs working without an attorney, must attend to all matters in their lawsuits quickly and diligently in order to obtain a just, speedy and inexpensive resolution of each matter, as required by Federal Rule of Civil Procedure 1. If plaintiff acts promptly, then he should be able to serve his complaint on the defendants well before the deadline for doing so established in Rule 4.

To help plaintiff understand the procedure for serving a complaint, I am enclosing with this order a copy of two documents titled "Procedure for Serving a Complaint on a Corporation, Partnership, and Unincorporated Association in a Federal Lawsuit" and "Procedure for Serving a Complaint on Individuals in a Federal Lawsuit." In addition, I am enclosing to plaintiff an extra copy of his complaint and the forms he will need to send to the defendants in accordance with the procedures set out in Option 1 of the instructions.

ORDER

IT IS ORDERED that plaintiff serve his complaint on the defendants promptly and file proof of service of his complaint as soon as he has served the defendants. ("Proof of service" is explained in the attachments.) By July 31, 2013, plaintiff is to file proof of service of his complaint on the defendants or tell the court why he cannot do so. If he does not file the proof of service or explain why he could not serve the defendants, I will order him to explain why his case should not be dismissed for lack of prosecution.

Entered this 31st day of May, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge