IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MELVIN D. GILLEN<br><br>Plaintiff,<br><br>vs.<br><br>KOHN LAW FIRM S.C.,<br>JONATHAN CATTEY, and<br>ROBERT E. POTRZEBOWSKI JR.<br><br>Defendants. | Case No. 13-cv-0373-wmc |

ORDER

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that the above captioned matter shall be dismissed WITH PREJUDICE as to defendants Jonathan Cattey and Robert E. Potrzebowski, Jr., subject to the terms set forth in said Stipulation.

Dated 2/14/2014

BY THE COURT:

_____
WILLIAM M. CONLEY
District Court Judge

3