IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELVIN D. GILLEN,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

  v.                                           Case No. 13-cv-373-wmc

KOHN LAW FIRM S.C.,

    Defendant.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kohn Law Firm, S.C. granting its motion for summary judgment.

/s/                                                   March 27, 2015

Peter Oppeneer, Clerk of Court                     Date